Hon. Meredith A. Honorable Vacca

Kenneth B. Keating Federal Bldg.

100 State Street

Rochester, New York 14614

August 18, 2026

**RE: DAVIS V THE COUNTY OF ERIE**

**1:26-cv-00380**

Dear Honorable Vacca,

My name is Deyanna Davis. I am contacting you currently requesting your attention to the above-mentioned matter. I filed my complaint on March 4, 2026, in the U.S. District Court located in Buffalo, New York. Honorable Judge Sinatra, reclused himself from the matter on or about March 6, 2026, and according to a notice I received you were assigned to the matter.

Your Honor, as of today I have not received any communication from the court pertaining to the matter. In addition to the complaint, I filed a motion to proceed in forma paupers. I am contacting you requesting acknowledgement of your being assigned to the case. I has been over five months since I filed the case. If you review the matter, you will understand my doubting the judicial system. I know there is corruption in the court system in the New York State Judicial System. Before the matter can begin, I need a decision rendered as to whether I will have your permission to proceed in forma paupers. I cannot afford to pay for the fees myself.

I ask you to contact me in writing to let me know that you are assigned to the case. In addition, I ask that you please review my complaint and allow me to proceed without cost. I thank you in advance for your time and favorable decisions.

Respectfully Submitted,

Deyanna J Davis

Deyanna Davis

177 Delaware St.

Tonawanda, New York, 14150

Deyanna Davis
177 Delaware St
Tonawanda, N.Y. 14150

BUFFALO NY 140
31 AUG 2026 AM 2 L




USDC-WDNY
SEP - 4 2026
ROCHESTER

HON. Meredith Vacca
Kenneth B. Keating Federal Bldg.
100 State Street
Rochester, N.Y. 14614

14614-135099